**Entered on Docket**
**September 12, 2011**

_____
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re:  GREGORY ANDREW BENNALLACK and SUSAN EILENE BENNALLACK,

Debtor(s).

BK- N-11-50875-btb
Chapter 13

Date: August 31, 2011
Time: 2:00 p.m.

**ORDER TO VALUE COLLATERAL; ORDER TO AVOID LIEN**

THIS MATTER having come before the Court for a hearing on August 31, 2011, on Debtor's MOTION TO VALUE COLLATERAL; MOTION TO AVOID LIEN, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1. The Debtor's principal residence located at 3818 Osprey Circle, New Meadows, Idaho 83654 (the "Subject Property") is valued at $399,000.00 as of the date of Debtor's Chapter 13 Petition.

2. The Subject Property is collateral for a senior secured claim of BAC Home Loans ("Senior Lienholder").

**[Check only one box, and fill in blanks]**

☐ Senior Lienholder has filed a Proof of Claim                related to such claim, and such Proof of Claim claims a debt of           . Senior Lienholder's Proof of Claim indicates that Senior Lienholder has assigned            to this claim.

**[or]**

☒ Senior Lienholder has **not** filed a Proof of Claim related to its claim, but

1  has assigned _____ to this claim.  The Debtor's schedules list
2  the amount of Senior Lienholder's claims as $441,107.00    .
3  3.  The Subject Property is also collateral for a junior secured claim of Chase
4  ("Junior Lienholder").

**[Check only one box, and fill in blanks]**

5
6  ☒  Junior Lienholder has filed a Proof of Claim No.: 16    related to such
7  claim, and such Proof of Claim claims a debt of $149,996.43    .  Junior
8  Lienholder's Proof of Claim indicates that Junior Lienholder has assigned
9  _____ to this claim.

**[or]**

11  ☐  Junior Lienholder has **not** filed a Proof of Claim related to its claim, but
12  has assigned _____ to this claim.  The Debtor's schedules list
13  the amount of Junior Lienholder's claims as _____ .
14  4.  Given the above, Junior Lienholder's interest in the Debtor's interest in the
15  Subject Property has no value.
16  THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Zimmer v. PSB Lending
17  Corp. (*In re* Zimmer), 313 F.3d 1220 (9th Cir. 2002), and 11 U.S.C. §§ 506(a) and 506(d), Junior
18  Lienholder's claim is unsecured, and shall be treated as unsecured for all purposes in this case,
19  including the manner in which such claim is treated and paid in Debtor's chapter 13 plan; and
20  IT IS FURTHER ORDERED THAT, should this case be converted to one under another
21  chapter, 11 U.S.C. § 348(f) shall govern the continued validity of this order; and
22  IT IS FURTHER ORDERED THAT, should this case be dismissed, 11 U.S.C. §
23  349(b)(1)-(3) shall govern the continuing validity of this order; and

1  IT IS FURTHER ORDERED THAT nothing in this order shall be deemed to be an
2 allowance or disallowance of any claim of Senior Lienholder or Junior Lienholder, and any party
3 in interest, including the Debtor or the Trustee, may hereafter object to either claim on any
4 ground recognized by the Bankruptcy Code.

28  ###

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____ The Court has waived the requirement set forth in LR 9021(b)(1).

\_\_✓\_\_ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated.

_____ I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

APPROVED/DISAPPROVED                          APPROVED/DISAPPROVED

By: _____                     By: _____

»
Submitted by:

By: */s/ Tricia M. Darby*
_____
TRICIA M. DARBY, ESQ.
Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, Nevada 89519
(775) 322-1237
Attorney for Debtor(s)